IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JO TANKERS AS, | § | |
| | § | |
| Interpleader-Plaintiff, | § | |
| | § | Civil Action No. 4:14-CV-03310 |
| v. | § | |
| | § | Filed under Rule 9(h) Fed. R. Civ. P. |
| BERGEN BUNKERS, AS, | § | |
| NUSTAR ENERGY SERVICES, INC., | § | (ADMIRALTY) |
| O.W. BUNKER USA, INC., and | § | |
| ING BANK, | § | |
| | § | |
| Interpleader-Defendants. | § | |

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND VERIFIED CLAIM AND CROSSCLAIM**

Interpleader-Defendant-Claimant NuStar Energy Services, Inc. ("NuStar") respectfully requests leave of court to amend its Original Answer and Verified Claim, as permitted by Fed. R. Civ. P. 15(a), and in support would show the Court as follows:

Pursuant to the Court's order of December 1, 2015, the deadline to seek leave to amend pleadings is Wednesday, December 30, 2015.

Plaintiff respectfully requests the Court allow the filing of NuStar's First Amended Answer and Verified Claim and Crossclaim. The amendment is being made to add a crossclaim against Interpleader-Defendant-Claimant ING Bank, N.V. for unjust enrichment, as set forth in the proposed First Amended Answer and Verified Claim and Crossclaim being filed herewith as Exhibit 1. This crossclaim was not included in NuStar's previously-filed Original Answer and Verified Claim.

This motion is not made for the purposes of delay but to promote judicial economy and efficiency. Undersigned counsel has conferred with counsel for the other parties in this action, all of whom confirm they are unopposed to this motion for leave.

For these reasons, NuStar Energy Services, Inc. asks the Court to grant its motion for leave to file its First Amended Answer and Verified Claim and Crossclaim, and for such other and further relief as may be just and proper.

Respectfully submitted,

**BLANK ROME, LLP**

_____
Keith Bernard Letourneau
Texas State Bar No. 00795893
Federal I.D. No. 20041
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Phone: (713) 228-6601
Fax: (713) 228-6605
Email: kletourneau@blankrome.com
**Attorney-in-charge for NuStar Energy Services, Inc.**

OF COUNSEL:
David Meyer
State Bar No. 24052106
Federal I.D. No. 732583
Email: dmeyer@blankrome.com

Jeremy A. Herschaft
State Bar No. 24091970
Federal I.D. No. 2450990
Email: jherschaft@blankrome.com
**BLANK ROME LLP**

## CERTIFICATE OF CONFERENCE

I hereby certify that my office conferred with counsel for Plaintiff Jo Tankers AS and Interpleader-Defendant-Claimant ING Bank, N.V. and they confirmed that they are unopposed to the relief requested in this Motion.

_____
Keith B. Letourneau

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served pursuant to Rule 5 of the Federal Rules of Civil Procedure on this 30th day of December, 2015, as follows:

*Counsel for Jo Tankers, AS*
William A. Durham
James T. Bailey
EASTHAM, WATSON, DALE & FORNEY
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Fax
durham@easthamlaw.com

*Counsel for ING Bank N.V.*
Benjamin W. Kadden
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
A LAW CORPORATION
815 Walker Street, Suite 1447
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
bkadden@lawla.com

_____
Keith B. Letourneau