IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JO TANKERS AS, | § § § | |
| Interpleader-Plaintiff, | § § | Civil Action No. 4:14-CV-03310 |
| v. | § § | Filed under Rule 9(h) Fed. R. Civ. P. |
| BERGEN BUNKERS, AS, NUSTAR ENERGY SERVICES, INC., O.W. BUNKER USA, INC., and ING BANK, | § § § § § § | (ADMIRALTY) |
| Interpleader-Defendants. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND VERIFIED CLAIM AND CROSSCLAIM

Considering Interpleader-Defendant-Claimant NuStar Energy Services, Inc.'s Motion for Leave to File First Amended Answer and Verified Claim and Crossclaim, it is hereby ORDERED that the Motion for Leave is GRANTED, and the First Amended Answer and Verified Claim and Crossclaim accompanying the Motion is deemed filed.

Houston, Texas, this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE