1007-20031 #1169584

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **Jo TANKERS AS** <br><br> **Interpleader-Plaintiff,** <br><br> v. <br><br> **BERGEN BUNKER, AS, NUSTAR ENERGY SERVICES, INC., O.W. BUNKER USA, INC., and ING BANK** <br><br> **Interpleader-Defendants,** | **Civil Action No. 4:14-cv-03310** <br> **Filed under Rule 9(h) Fed. R. Civ. P.** <br><br><br> **(ADMIRALTY)** |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Notice is hereby given of the entry of the undersigned as counsel for O.W. Bunker USA Inc. ("OWB-USA") in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Aaron B. Greenbaum
Aaron.Greenbaum@pbgglaw.com
Pusateri, Barrios, Guillot & Greenbaum, LLC
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510

Dated: February 5, 2016

Respectfully submitted:

*/s/ Aaron B. Greenbaum*
Aaron B. Greenbaum
(S.D.Tex. Federal ID No. 2023921)
(LA Bar # 31752)
**PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Aaron.Greenbaum@pbgglaw.com
**ATTORNEY FOR O.W. BUNKER USA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

_/s/ Aaron B. Greenbaum___